RECEIVED
IN LAFAYETTE, LA.

OCT 0 5 2010

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DAN AVERETTE | CIVIL ACTION NO: 6:07CV1557 |
| VERSUS | MAGISTRATE JUDGE HILL |
| TRANSOCEAN DRILLING (U.S.A) INC.; et al | JURY TRIAL |

## JUDGMENT

The above captioned matter was tried before a jury commencing on Monday, September 20, 2010. The following parties and counsel appeared:

>Counsel, **Joseph R. Joy , III** (T.C.) and **Gordon J. Schoeffler**, appearing on behalf of Plaintiff, **DAN AVERETTE**; and

>Counsel, **Richard J. Hymel** and **Edward Kohnke, IV**, (T.C.) appearing on behalf of Defendants, **TRANSOCEAN ENTERPRISE, INC.** and **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**

**WHEREAS**, on Friday, September 24, 2010, the Jury rendered by way of a unanimous verdict, that Plaintiff, **DAN AVERETTE**, was injured as a result of the July 14, 2007 accident made the subject of this litigation;

**WHEREAS**, the Jury further rendered unto Plaintiff a unanimous damage award for the injuries caused by the fault of the Defendants in the amount of **FOUR MILLION NINETY-ONE THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND 17/100 ($4,091,867.17) DOLLARS** to be apportioned as follows:

| | |
|---|---:|
| Past Medical Expenses | $159,367.17 |
| Future Medical Expenses | $800,000.00 |
| Past Loss of Wages | $313,500.00 |
| Future Loss of Earning Capacity | $2,799,000.00 |
| Past, Present and Future Physical Pain and Suffering, Emotional Pain and Suffering, Disfigurement, Scarring, Physical Disability and Loss of Enjoyment of Life | $20,000.00 |
| | **$4,091,867.17** |

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment herein in favor of Plaintiff, **DAN AVERETTE**, and against Defendants, **TRANSOCEAN ENTERPRISE, INC.** and **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**, in the sum of **FOUR MILLION NINETY-ONE THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND 17/100 ($4,091,867.17) DOLLARS**, plus pre-judgment interest at the rate of _1.75_ % on past damages from the July 14, 2007 date of accident to September 24, 2010, and future interest pursuant to Federal statute, plus court costs in the captioned matter.

THUS DONE AND SIGNED on this _5_ day of _October_____, 2010, at Lafayette, Louisiana.

_____
HONORABLE C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

By: _____/s/ Joseph R. Joy, III_____
**JOSEPH R. JOY, III** (#7575) *(T.A.)*
900 South College Road, Suite 204
Post Office Box 4929
Lafayette, Louisiana 70502
Telephone: (337) 232-8123

**GORDON J. SCHOEFFLER** (#29412)
900 South College Rd., Ste. 204
P. O. Box 4829
Lafayette, Louisiana 70502
(337) 232-8123 - Telephone
(337) 235-5629 - Fax

*ATTORNEYS FOR THE PLAINTIFF,*
*DAN AVERETTE*

By:     */s/ Richard J. Hymel*
        **Edward J. Kohnke, IV** (#07824) *(T.C.)*
        **L. Lane Roy** (#11513)
        **Richard J. Hymel** (#20230)
        PREIS & ROY
        P.O. Drawer 94-C
        Lafayette, LA 70509
        (337) 237-6062 - Telephone
        (337) 237-9129 - Fax

*ATTORNEYS FOR THE DEFENDANTS,*
*TRANSOCEAN ENTERPRISE, INC.*
*and TRANSOCEAN OFFSHORE*
*DEEPWATER DRILLING, INC.*