IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| DAN AVERETTE | § | CIVIL ACTION NO. 07-1557 |
| | § | |
| v. | § | JUDGE: RFD |
| | § | |
| TRANSOCEAN DRILLING (U.S.A), INC.; | § | MAGISTRATE JUDGE: CMH |
| TRANSOCEAN OFFSHORE INC.; | § | |
| TRANSOCEAN OFFSHORE (TEXAS), INC.; | § | |
| TRANSOCEAN OFFSHORE USA INC.; | § | |
| TRANSOCEAN OFFSHORE VENTURES, INC.; | § | |
| TRANSOCEAN SEDCO FOREX, INC.; | § | |
| TRANSOCEAN ENTERPRISE, INC.; and | § | |
| TRANSOCEAN OFFSHORE DEEPWATER | § | |
| DRILLING, INC. | § | |

## **SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 5th day of October, 2010 in favor of Plaintiff, DAN AVERETTE, and against Defendants TRANSOCEAN ENTERPRISE, INC. and TRANSPCEAN OFFSHORE DEEPWATER DRILLING, INC. in the sum of FOUR MILLION NINETY-ONE THOUSAND EIGHT HUNDRED SIXTY-SEVEN AND 17/100 DOLLARS ($4,091,867.17), plus pre-judgment interest at the rate of 1.75% on past damages from the 14th day of July, 2007, to the 24th day of September, 2010, and future interest pursuant to Federal Statute, plus court costs, and said judgment with interest and costs thereon having been fully paid,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: __19__ day of __July__, 2011.

/s/ Joseph R. Joy, III
Joseph R. Joy, III (#7575)
900 South College Road, Suite 204
P. O. Box 4929
Lafayette, LA 70502
Tel: 337 232 8123
Fax: 337 235 5629


/s/ Gordon J. Schoeffler
Gordon J. Schoeffler (#29412)
900 South College Road, Suite 204
P. O. Box 4929
Lafayette, LA 70502
Tel: 337 232 8123
Fax: 337 235 5629

ATTORNEYS FOR THE PLAINTIFF,
DAN AVERETTE


/s/ Richard J. Hymel
Edward J. Kohnke, IV (#07824)
L. Lane Roy (#11513)
Richard J. Hymel (#20230)
Preis & Roy
P. O. Drawer 94-C
Lafayette, LA 70509
Tel: 337 237 6062
Fax: 337 237 9129

ATTORNEYS FOR THE DEFENDANTS,
TRANSOCEAN ENTERPRISE, INC. AND
TRANSOCEAN OFFSHORE
DEEPWATER DRILLING, INC.